# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HIDDEN CANYON OWNERS ASSOCIATION, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:16-cv-02920-RFB-GWF <br><br> **<u>ORDER</u>** |

This matter is before the Court on Defendant Shelly Fisher's Motion for Permission For Pro Se to File Electronically (ECF No. 10), filed on February 10, 2017. Defendant requests permission to file all future pleadings electronically through the Court's CM/ECF filing system. The Court will allow Defendant to file future documents electronically only after Defendant has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Permission For Pro Se to File Electronically (ECF No. 10) is granted subject to complying with the following procedures in order to activate her CM/ECF account:

    a. On or before **March 20, 2017**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

  c. Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 22nd day of February, 2017.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge