1  **SHELLEY FISHER**
   shelleyfisher19@gmail.com
2  3856 DEBUSSY WAY
   NORTH LAS VEGAS, NV 89032
3  Telephone (702) 300-0829
   Email: shelleyfisher19@gmail.com
4  Defendant, In Proper Person

5  **AKERMAN LLP**
   MELANIE D. MORGAN, ESQ.
6  melanie.morgan@akerman.com
   Nevada Bar No. 8215
7  BRETT M. COOMBS, ESQ.
   brett.coombs@akerman.com
8  Nevada Bar No. 12570
   1160 Town Center Drive, Suite 330
9  Las Vegas, Nevada 89144

10 Attorneys for Plaintiff Nationstar Mortgage LLC

11

12                **UNITED STATES DISTRIC COURT**

13                     **DISTRICT OF NEVADA**

14 NATIONSTAR MORTGAGE LLC,

15                Plaintiff,                    Case No.:   2:16-CV-02920

16 v.

17 HIDDEN CANYON OWNERS              **STIPULATION TO EXTEND TIME**
   ASSOCIATION; AND SHELLEY FISHER,  **FOR DEFENDANT TO RESPOND**
18                                   **TO PLAINTIFF'S COMPLAINT;**
                   Defendant(s).     **ORDER**
19                                   **(First Request)**

20

21     IT IS HEREBY STIPULATED by and between the parties hereto through their

22 respective attorneys/representation that Defendant SHELLEY FISHER may have additional time

23
                                          **1**
24    **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO**
           **PLAINTIFF'S COMPLAINT; ORDER Case No. 2:16-CV-02920**
25

1  within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for

2  defendant to answer or otherwise respond to plaintiff's complaint is March 31, 2017.

3      Good cause exists for this extension as defendant is proceeding in proper person, is not an

4  attorney, cannot afford to hire one and requires time to become knowledgeable about the case to

5  prepare an initial pleading.

6                        Respectfully submitted

7  Dated March 24, 2017         By: /s/ Shelley A. Fisher
                                      SHELLEY A. FISHER

8                                    3856 Debussy Way
                                  N. Las Vegas, Nevada 89032

9                                    Telephone: 702.300.0829
                                  Email: shelleyfisher19@gmail.com

10                                   Defendant, In Proper Person

11 Dated March 24, 2017         By: AKERMAN LLP
                                      /s/ Brett M. Coombs

12                                   MELANIE D. MORGAN, ESQ.
                                  Nevada Bar No. 8215

13                                   BRETT M. COOMBS, ESQ.
                                  Nevada Bar No. 12570

14                                   1160 Town Center Drive, Suite 330
                                  Las Vegas, Nevada 89144

15                                   Attorneys for Plaintiff Nationstar Mortgage LLC

16                                           **ORDER**

17     Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or

18 otherwise respond to Plaintiff's complaint on or before Friday, March 31, 2017.

19 Dated: This __27th__ Day of _____March_____, 2017

20

21                                   _____
                                  UNITED STATES MAGISTRATE JUDGE

22

23

                                              2

24 **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO
                      PLAINTIFF'S COMPLAINT; ORDER Case No. 2:16-CV-02920**

25