| | |
|---|---|
| 1 | SHELLEY FISHER |
| | 3856 DEBUSSY WAY |
| 2 | NORTH LAS VEGAS, NV 89032 |
| | Telephone (702) 300-0829 |
| 3 | Email: shelleyfisher19@gmail.com |
| 4 | *Defendant, In Proper Person* |
| 5 | MELANIE D. MORGAN, ESQ. |
| | Nevada Bar No. 8215 |
| 6 | JESSE A. RANSOM, ESQ. |
| | Nevada Bar No. 13565 |
| 7 | AKERMAN LLP |
| | 1160 Town Center Drive, Suite 330 |
| 8 | Las Vegas, NV 89144 |
| | Telephone: (702) 634-5000 |
| 9 | Facsimile: (702) 380-8572 |
| | Email: melanie.morgan@akerman.com |
| 10 | jesse.ransom@akerman.com |
| 11 | *Attorneys for Plaintiff Nationstar Mortgage, LLC* |

# UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-CV-02920 |
| Plaintiff, | |
| v. | **STIPULTION TO EXTEND TIME FOR DEFENDANT SHELLEY FISHER TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS; ORDER** |
| HIDDEN CANYON OWNERS ASSOCIATION; AND SHELLEY FISHER, | |
| Defendant(s). | **(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective attorneys/representation that Defendant SHELLEY FISHER may have additional time

within which to answer or otherwise respond to Plaintiff's Response to Defendant's Motion to Dismiss. A thirty-day extension has been agreed upon. Therefore, the last day for Defendant to answer or otherwise respond to plaintiff's complaint is Thursday June 8, 2017.

Good cause exists for this extension as defendant is proceeding in proper person, is not an attorney, and cannot afford to hire an attorney. Fisher does not have the benefit of a law school education, does not have access to or the support of a staff of attorneys, paralegals, research material, or administrative team to assist in the preparation of their Reply.

Respectfully submitted and DATED this 9th day of May, 2017.

**SHELLEY A. FISHER in Pro Per**
By: /s/ *Shelley A. Fisher*
SHELLEY A. FISHER
3856 Debussy Way
N. Las Vegas, Nevada 89032
Telephone: 702.300.0829
Email: shelleyfisher19@gmail.com

By: **AKERMAN LLP**
/s/ Jesse A. Ransom
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email: melanie.morgan@akerman.com
          jesse.ransom@akerman.com

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Thursday June 8, 2017.

Dated: This __11th__ Day of _____May_____, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2017, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**, to the following parties:

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
         jesse.ransom@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage, LLC*

DATED this 9th day of May, 2017.

                                                  SHELLEY A. FISHER in Pro Per
                                                  By: /s/ *Shelley A. Fisher*_____
                                                  SHELLEY A. FISHER