SHELLEY FISHER
3856 DEBUSSY WAY
NORTH LAS VEGAS, NV 89032
Telephone (702) 300-0829
Email: shelleyfisher19@gmail.com

*Defendant, In Proper Person*

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
        jesse.ransom@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage, LLC*

## UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIDDEN CANYON OWNERS ASSOCIATION; AND SHELLEY FISHER,<br><br>Defendant(s). | Case No.:   2:16-CV-02920<br><br>**STIPULTION TO EXTEND TIME FOR DEFENDANT SHELLEY FISHER TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS; ORDER**<br>**(Second Request)** |

        IT IS HEREBY STIPULATED by and between the parties hereto through their

respective attorneys/representation that Defendant SHELLEY FISHER may have additional time

within which to answer or otherwise respond to Plaintiff's Response to Defendant's Motion to Dismiss. A second, additional, one-week extension has been agreed upon. Therefore, the last day for Defendant to answer or otherwise respond to plaintiff's Response is Thursday June 15, 2017.

Good cause exists for this extension as defendant is proceeding in proper person, is not an attorney, and cannot afford to hire an attorney. Fisher does not have the benefit of a law school education, does not have access to or the support of a staff of attorneys, paralegals, research material, or administrative team to assist in the preparation of their Reply. Respectfully submitted and DATED this 5th day of June, 2017.

**SHELLEY A. FISHER in Pro Per**
By: /s/ *Shelley A. Fisher*_____
SHELLEY A. FISHER
3856 Debussy Way
N. Las Vegas, Nevada 89032
Telephone: 702.300.0829
Email: shelleyfisher19@gmail.com

By: **AKERMAN LLP**
/s/ Jesse A. Ransom_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE A. RANSOM, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email: melanie.morgan@akerman.com
     jesse.ransom@akerman.com

### ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Thursday June 15, 2017.

Dated: This __8th_____ Day of _____June_____, 2017

_____.
RICHARD F. BOULWARE, II
United States District Judge

1  **CERTIFICATE OF SERVICE**

2       I HEREBY CERTIFY that on this 6th day of June 2017, pursuant to FRCP 5, I served via

3  the CM-ECF electronic filing system the foregoing **MOTION FOR EXTENSION OF TIME**

4  **TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**,

5  to the following parties:

6  MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
7  JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
8  AKERMAN LLP
1160 Town Center Drive, Suite 330
9  Las Vegas, NV 89144
Telephone: (702) 634-5000
10  Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
11          jesse.ransom@akerman.com

12  *Attorneys for Plaintiff Nationstar Mortgage, LLC*

13

14  DATED this 6th day of June, 2017.

15                                   SHELLEY A. FISHER in Pro Per
                                   By: */s/ Shelley A. Fisher*
16                                   SHELLEY A. FISHER

17

18

19

20

21

22

23

24

25