MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HIDDEN CANYONS OWNERS ASSOCIATION; and SHELLEY FISHER;<br><br>　　　　Defendants. | Case No.: 2:16-cv-02920-RFB-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

44099217;1

Please take notice that Jesse Ransom, Esq. of the law firm of Akerman, LLP, hereby withdraw as counsel of record for Plaintiff Nationstar Mortgage LLC, and should be removed from the Court's service list with respect to the above referenced action. Akerman, LLP continues to serve as counsel for Plaintiffs in this action.

All future correspondence and papers in this action should continue to be directed to Melanie D. Morgan, Esq. and Rebekkah Bodoff, Esq. of Akerman, LLP.

DATED February 14, 2018

**AKERMAN LLP**

*/s/ Rebekkah Bodoff*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: 2/15/2018

_____
UNITED STATES MAGISTRATE JUDGE

2

44099217;1