SHELLEY FISHER
3856 DEBUSSY WAY
NORTH LAS VEGAS, NV 89032
Telephone (702) 300-0829
Email: shelleyfisher19@gmail.com
*Defendant, In Proper Person*

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com
*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRIC COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIDDEN CANYON OWNERS ASSOCIATION; AND SHELLEY FISHER,<br><br>Defendant(s). | Case No.: 2:16-CV-02920-RFB-GWF<br><br>**STIPULTION TO EXTEND TIME FOR DEFENDANT SHELLEY FISHER TO REPLY TO PLAINTIFF'S REQUEST FOR PARTIAL RECONSIDERATION OF ORDER DECLARING NATIONSTAR HAS NO LIEN, INTEREST OR ROPERTY RIGHTS [ECF NO. 75]; ORDER (First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys/representation that Defendant SHELLEY FISHER may have additional time within which to answer or otherwise respond to Plaintiff's REQUEST FOR PARTIAL

RECONSIDERATION OF ORDER DECLARING NATIONSTAR HAS NO LIEN, INTEREST OR PROPERTY RIGHTS [ECF NO. 75]. An additional 14-day extension has been agreed upon. Therefore, the last day for Defendant to answer or otherwise respond to plaintiff's Request is Wednesday August 28, 2019.

Good cause exists for this extension as defendant is proceeding in proper person, is not an attorney, and cannot afford to hire an attorney. Fisher does not have the benefit of a law school education, does not have access to or the support of a staff of attorneys, paralegals, research material, or administrative team to assist in the preparation of their Reply.

Respectfully submitted and DATED this 9th day of August, 2019.

**SHELLEY A. FISHER in Pro Per**
By: /s/ *Shelley A. Fisher*_____
SHELLEY A. FISHER
3856 Debussy Way
N. Las Vegas, Nevada 89032
Telephone: 702.300.0829
Email: shelleyfisher19@gmail.com

By: **AKERMAN LLP**
/s/ Darren Brenner_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com
*Attorneys for Nationstar Mortgage LLC*

|   | **ORDER** |
|---|---|
| 1 | |
| 2 | Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or |
| 3 | otherwise respond to Plaintiff's complaint on or before Wednesday, August 28, 2019. |
| 4 | Dated: This __12th__ Day of __August__, 2019 |

Dated: This __12th__ Day of __August__, 2019

_____
RICHARD F. BOUWLARE, II
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY that on this 9th day of August, 2019, pursuant to FRCP 5, I served |
| 3 | via the CM-ECF electronic filing system the foregoing **STIPULTION TO EXTEND TIME** |
| 4 | **FOR DEFENDANT SHELLEY FISHER TO REPLY TO PLAINTIFF'S REQUEST FOR** |
| 5 | **PARTIAL RECONSIDERATION OF ORDER DECLARING NATIONSTAR HAS NO** |
| 6 | **LIEN, INTEREST OR ROPERTY RIGHTS [ECF NO. 75]; ORDER (First Request)**, to the |
| 7 | following parties: |

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com
*Attorneys for Plaintiff Nationstar Mortgage, LLC*

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Email: sanderson@lkglawfirm.com
Email: rhastings@lkglawfirm.com
*Attorneys for Hidden Canyon Owners Association*

DATED this 9th day of August, 2019.

                                                      SHELLEY A. FISHER in Pro Per
                                                      By: */s/ Shelley A. Fisher*_____
                                                      SHELLEY A. FISHER