| | |
|---|---|
| 1 | SHELLEY FISHER |
| | 3856 DEBUSSY WAY |
| 2 | NORTH LAS VEGAS, NV 89032 |
| | Telephone (702) 300-0829 |
| 3 | Email: shelleyfisher19@gmail.com |
| | *Defendant, In Proper Person* |

# UNITED STATES DISTRIC COURT

# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC,

    Plaintiff,

v.

HIDDEN CANYON OWNERS ASSOCIATION; AND SHELLEY FISHER,

    Defendant(s).

Case No.: 2:16-CV-02920-RFB-GWF

**STIPULTION TO EXTEND TIME FOR DEFENDANT SHELLEY FISHER TO REPLY TO PLAINTIFF'S REQUEST FOR PARTIAL RECONSIDERATION OF ORDER DECLARING NATIONSTAR HAS NO LIEN, INTEREST OR ROPERTY RIGHTS [ECF NO. 75]; ORDER (Second Request)**

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys/representation that Defendant SHELLEY FISHER may have additional time within which to answer or otherwise respond to Plaintiff's REQUEST FOR PARTIAL RECONSIDERATION OF ORDER DECLARING NATIONSTAR HAS NO LIEN, INTEREST OR PROPERTY RIGHTS [ECF NO. 75]. A second additional 14-day extension has been agreed upon. Therefore, the last day for Defendant FISHER to answer or otherwise respond to plaintiff's Request is Wednesday September ~~11~~ 4th, 2019.

Respectfully submitted and DATED this 27th day of August, 2019.

        **SHELLEY A. FISHER in Pro Per**
        By: /s/ *Shelley A. Fisher*_____
        SHELLEY A. FISHER
        3856 Debussy Way
        N. Las Vegas, Nevada 89032
        Telephone: 702.300.0829
        Email: shelleyfisher19@gmail.com

        By: **AKERMAN LLP**
        /s/ Jared M. Sechrist_____
        MELANIE D. MORGAN, ESQ.
        Nevada Bar No. 8215
        JARED M. SECHRIST, ESQ.
        Nevada Bar No. 10439
        **AKERMAN LLP**
        1635 Village Center Circle, Suite 200
        Las Vegas, Nevada 89134
        Telephone: (702) 634-5000
        Facsimile: (702) 380-8572
        Email: melanie.morgan@akerman.com
        Email: jared.sechrist@akerman.com
        *Attorneys for Nationstar Mortgage LLC*

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before Wednesday, September ~~11~~ 4th, 2019.

Dated: This __28th__ Day of __August__, 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2019, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **STIPULTION TO EXTEND TIME FOR DEFENDANT SHELLEY FISHER TO REPLY TO PLAINTIFF'S REQUEST FOR PARTIAL RECONSIDERATION OF ORDER DECLARING NATIONSTAR HAS NO LIEN, INTEREST OR ROPERTY RIGHTS [ECF NO. 75]; ORDER (Second Request)**, to the following parties:

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com
*Attorneys for Plaintiff Nationstar Mortgage, LLC*

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Email: sanderson@lkglawfirm.com
Email: rhastings@lkglawfirm.com
*Attorneys for Hidden Canyon Owners Association*

DATED this 27th day of August, 2019.

                                            SHELLEY A. FISHER in Pro Per
                                            By: */s/ Shelley A. Fisher*_____
                                            SHELLEY A. FISHER